24 So.2d 922

**Willie HEARD v. STATE.**

6 Div. 271.

Court of Appeals of Alabama.

Jan. 15, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.

26 So.2d 923

**Roosevelt HENDON v. CITY OF BESSEMER.**

6 Div. 310.

Court of Appeals of Alabama.

May 14, 1946.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.

25 So.2d 856

**William HESTER v. STATE.**

7 Div. 854.

Court of Appeals of Alabama.

April 2, 1946.

Earle Montgomery, of Talladega, for appellant.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

23 So.2d 144

**Roy HIGHFIELD v. STATE.**

7 Div. 815.

Court of Appeals of Alabama.

June 5, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

CARR, Judge.

Affirmed.

24 So.2d 923

**John HILL v. STATE.**

6 Div. 212.

Court of Appeals of Alabama.

Dec. 18, 1945.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.

Appeal dismissed.

23 So.2d 145

**Benton HINTON, alias Henderson, v. STATE.**

4 Div. 905.

Court of Appeals of Alabama.

May 15, 1945.

J. B. Hicks, of Phenix City, for appellant.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.